UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO ANDRES ROSALES MELENDEZ,<br><br>                              Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                              Respondent. | Case No.:  26-CV-3382 JLS (MSB)<br><br>**ORDER DISMISSING PETITION**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Diego Andres Rosales Melendez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Petitioner has another petition pending before this Court that is awaiting briefing and was filed by counsel.  *See Rosales Melendez v. LaRose, et al.*, No. 26-CV-3423 JLS (MMP), ECF No. 1 (S.D. Cal. June 5, 2026).  Petitioner, proceeding pro se in the present matter, did not provide sufficient information for the Court to grant relief.  *See generally* Pet.  The Court finds that Petitioner's claims will be fully addressed in his other matter that was fully briefed by counsel and is awaiting a response from the Government.  *See Rosales Melendez*, No. 26-CV-3423 JLS (MMP), ECF No. 2.

/ / /

/ / /

26-CV-3382 JLS (MSB)

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 23-CV-1118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Therefore, the Petition is **DISMISSED WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

   **IT IS SO ORDERED.**

Dated: June 11, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-3382 JLS (MSB)